FID#
10333399

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Austin Bollinger<br>*Defendant* | )<br>)<br>) Case No. 5:17 CR 195<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Austin Bollinger
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Theft of Government Property, in violation of 18 U.S.C. 641 and
Receiving Stolen Government Property, in violation of 18 U.S.C. 2 and 641

Date: 06/01/2017

*Issuing officer's signature*

City and state: Cleveland, Ohio

Jonathan D. Greenberg, U. S. Magistrate Judge
*Printed name and title*

**FILED 2017 JUN -5 PM 1:01 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND**

### Return

This warrant was received on *(date)* 6/2/17, and the person was arrested on *(date)* 6/2/17
at *(city and state)* _____

Date: 6/2/17

*Arresting officer's signature* for FBI

L. Conyers / USMS
*Printed name and title*